08-3640A clp (6/10/08)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2005-W5, Under the Pooling and Servicing Agreement Dated as of November 1, 2005 Without Recourse** | ) **CASE NO: 07-CV-01064** <br> ) <br> ) <br> ) <br> ) **JUDGE: Christopher A. Boyko** <br> ) |
| **Plaintiff** | ) |
| -VS- | ) **ORDER OF POSSESSION** |
| **Arjun Singh, et al.** | ) |
| **Defendants** | ) |

On March 31, 2008, this Court entered an Order of Confirmation Sale for property located at 16404 Arcade Avenue, Unit 2, Cleveland, Ohio 44110, parcel number 113-20-110. Upon Motion of Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2005- W5 Under the Pooling and Servicing Agreement Dated as of November 1, 2005 Without Recourse, for a Writ of Possession and for good cause shown, it is ordered that the U.S. Marshal shall remove Arjun Singh, and/or any other occupants, from said property and deliver possession of the property to Arjun Singh. The U.S. Marshal is

authorized to use reasonable force to enter said property and occupants who resist are subject to arrest and detention.

It is further ordered that the U.S. Marshal shall:

1. Determine a final date (lock-out) when the premises must be vacated. The date shall be no later than 14 days after service of this order;

2. Serve this order upon the occupant of said property in person or by leaving a copy of the order in a conspicuous place upon the property if the occupant cannot be found. The order shall be accompanied by the U.S. Marshal's notice of the lock out date;

3. Determine if the property is vacant after the scheduled lockout date. If not, the U.S. Marshal shall arrange with the movant to remove any and all belongings still remaining in the premises and rekey the property. Movant shall supply movers and locksmiths to secure the property, and shall be responsible for storing the occupants' belongings in a secure location for not less than 30 days; and

4. Return service of process to the Court after completion of the execution of Order.

The U.S. Marshal may tax costs for executing this order including $45.00 per hour per Deputy U.S. Marshal, travel and other related expenses. The U.S. Marshal may require a deposit to cover the fees and expenses [28 USC 1921(d) and 1921(a)(1)].

                                                      s/Christopher A. Boyko
                                                    JUDGE
                                                    United States District Court
                                                    July 22, 2008